JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kevin Murray | Case No.  CV 14-09264-AB (MRWx) |
| Plaintiff, | |
| v. | ORDER DISMISSING CIVIL ACTION |
| Credit Bureau of Santa Maria | |
| Defendants. | |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  February 12, 2015        _____

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE